**Fill in this information to identify the case:**

Debtor 1: Ruben Palazzo

Debtor 2: _____ (Spouse, if filing)

United States Bankruptcy Court for the: District of Maryland (State)

Case number: 16-11319

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** SunTrust Mortgage, Inc.

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 2 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: TITLE SEARCH/EXM | (See Attached) | (11) | $ 55.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2   **Notice of Postpetition Mortgage Fees, Expenses, and Charges**   page 1

| Debtor 1 | Ruben Palazzo | | | Case number *(if known)* | 16-11319 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/ Nathan Shabestar
Signature

Date 09/07/2016

Print: Nathan John Shabestar
First Name    Middle Name    Last Name

Title: Bankruptcy Specialist

Company: SunTrust Mortgage, Inc.

Address: Bankruptcy Department, VA-RVW-3034, P.O. Box 27767
Number    Street
Richmond    VA    23261
City    State    ZIP Code

Contact phone ( 855 ) 223 – 4641

Email MortgageBankruptcy@SunTrust.com

# CERTIFICATE OF SERVICE

I, _____Nathan Shabestar_____, do hereby certify that a true and exact copy of the foregoing ___Notice of Mortgage Post-petition Fees___ was served by United States mail and/or electronic filing, on 09/07/2016, addressed as follows:

Debtor:
Ruben Palazzo
34811 Old Ocean City Road
Pittsville, MD 21850-2004

Debtor's Atty:
PRO SE
Ruben Palazzo
34811 Old Ocean City Road
Pittsville, MD 21850-2004

Trustee:
Gerard R. (Ch13) Vetter
300 E Joppa Road, Suite 409
Towson, MD 21286

/s/    Nathan Shabestar

Bankruptcy Specialist for SunTrust Mortgage

DDCH    CORPORATE ADVANCE HISTORY SCREEN  C08/830 09/06/16  16:21:28

R  PALAZZO    L:  F:  B:A R:    06/01/16 TYPE 2ND-CONV. R        MAN B

34811 OLD OCEAN CITY RD PITTSVILLE MD 21850

------------------------------------------------------------ * END *--------

T_____ C/A PAYEE  ____ TRAN  _____ RSN  ____ USR  _____ ESC PAYEE

 _ SORT        _ SORT      _ SORT    _ SORT        _ SORT

DATE RANGE: _____ THRU _____

                       C/A              ORIG

TRN USR  ID   DATE    TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION     DISBDT

**633 MQW 0077 082616      55.00  FOR-A06474 89T60 TTLS TITLE SEARCH/EXM**

# Comm*Force*

P.O. Box 4363

Midlothian, VA  23112

(804) 796-6901 Office

(804) 796-6904 Fax

EIN:  33-1032078

## INVOICE

| Bill To: | **SunTrust Bank** | Invoice No. | |
|---|---|---|---|
| | **1001 Semmes Avenue** | Invoice Date | **08/17/2016** |
| | **Richmond, VA  23224** | Contract No. | |
| | **Dept:  Loss Reduction/Loan Settlement-STM** | | |
| | **Attn:  Deidra Overton** | | |

| Type of Service | Description | Amount |
|---|---|---|
| **Title Abstracts** | **Invoice No.** | **$3,265.00** |
| | (For Complete Description See Attached Detail) | |
| | | |
| | | |

**Thank you for your business.**         Total Due:         **$3,265.00**

**Terms:  Due Net 30**

| CommForce, LLC | P.O. Box 4363, Midlothian, VA 23112 | | | (804) 796-6901 | (804) 796-6904 | EIN: | |
|---|---|---|---|---|---|---|---|
| Bill To: | SunTrust Bank | | Invoice#: | | | | |
| Address: | 1001 Semmes Avenue | | Invoice Date: | 08/17/2016 | | | |
| Address2: | Richmond, VA 23224 | | Week Ending: | 08/14/2016 | | | |
| Dept: | Loss Reduction/Loan Settlement-STM | | Contract#: | | | | |
| Attn: | Ann Dalrymple cc: Deidra Overton | | | | | | |
| **Order#** | **ReportType** | **Borrower(1)** | **Reference#** | **Contact** | **RUSH** | **Amount** | **SubTotal** |
| | Mortgage Report | PALAZZO RUBEN | | June Garrett | NO | $ 55.00 | |
| | | | | | | | $ 2,640.00 |
| **Order#** | **ReportType** | **Borrower(1)** | **Reference#** | **Contact** | **RUSH** | **Amount** | **SubTotal** |
| | | | | | | | $ 625.00 |
| | **TOTAL for 52 orders** | | | | | **$ 3,265.00** | |

INV-16-080162

1