**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RUBEN PALAZZO | ) | Case No.: 16-11319 |
| | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |

**WITHDRAWAL OF DOCUMENT**

Clerk:

Please withdraw Claim 2, M&T Bank filed on October 27, 2016.

Respectfully submitted,

DATED: November 27, 2017

\s\ *Robert K. Goren*
By: Robert K. Goren (#03153)
Goren & Tucci, LLC
177 Kentlands Blvd, Suite 200
Gaithersburg, MD 20878
T: (301) 977-4300
F: (240) 306-1565
E: rgoren@gorentuccilaw.com
*Attorney for the Debtor*