UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

In re                                          :
RUBEN PALAZZO                      :        Case No. 16-11319
                                                    :        Chapter 13
                                                    :
        Debtor                                :
_____:

**DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE**

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I testify under penalty of perjury to the following:

1. The following creditors hold a claim that is not discharged under 11 U.S.C. §523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524; N/A

2. __X__ I have not received a discharge in a Chapter 7, 11, or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3. __X__ I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4. A. __X__ I did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $136,875 in the type of property described in 11 U.S.C. §522(p)(1).

    B. __X__ There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. §132(g)(1)

I, Ruben Palazzo, the debtor in the above-styled case hereby certify that on February 03, 2021, I completed an instructional course in personal financial management provided by <u>internet by Access Counseling, Inc.</u> an approved personal financial management instruction provider.

CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C. §1328 (a)

I, Ruben Palazzo, the debtor in the above-styled case, hereby certify that I am currently not required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

My current address is:

34811 Old Ocean City Road
Pittsville, MD 21850

The name and address of my most recent/current employer is:

Ocean View Jewelers
59 Atlantic Ave
Oceanview, DE 19970

     I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor: /s/  Ruben Palazzo          Date: 1/06/2022

## NOTICE OF OPPORTUNITY TO OBJECT

     Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this Affidavit.  If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

     /s/ Frank Morris, II
     Frank Morris, II